Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

May 26, 2026

VIA ECF

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

  Re: *United States v. Cherwitz & Daedone*, Nos. 26-943(L), 26-944(CON)

Dear Ms. Wolfe:

  On April 26, 2026, Defendants Rachel Cherwitz and Nicole Daedone each filed a Form B indicating they were ordering transcripts of two pretrial proceedings: a January 6, 2025 *Curcio* hearing and a February 18, 2025 *Curcio* hearing. We received the January 6, 2025 hearing transcript, but have not yet received the February 18, 2025 hearing transcript.

  We will provide the Court another update in 14 days.

      Sincerely,

      /s/ Alexandra A.E. Shapiro
      Alexandra A.E. Shapiro

cc: all counsel (via ECF)