Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

June 5, 2026

VIA ECF

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re: *United States v. Cherwitz & Daedone*, Nos. 26-943(L), 26-944(CON)

Dear Ms. Wolfe:

We represent Appellants Rachel Cherwitz and Nicole Daedone in the above-captioned appeals. We write pursuant to Local Rule 31.2(a)(1)(A) to request that the Court designate August 26, 2026 as Appellants' deadline to file their opening briefs. The requested deadline is 91 days from the ready date, when we received the last requested transcript.

Respectfully submitted,

/s/ Alexandra A.E. Shapiro
Alexandra A.E. Shapiro

cc: all counsel (via ECF)