**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of June, two thousand twenty-six,

---

United States of America,

Appellee,

v.

Rachel Cherwitz, Nicole Daedone,

Defendants - Appellants.

---

**ORDER**
Docket No. 26-943

Counsel for Appellant Nicole Daedone, Rachel Cherwitz has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 26, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellants' brief must be filed on or before August 26, 2026. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court