**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of September, two thousand twenty-six,

---

United States of America,

Appellee,

v.

Rachel Cherwitz, Nicole Daedone,

Defendants - Appellants.

---

**ORDER**
Docket No. 26-943

Counsel for Appellee United States of America has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 25, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before November 25, 2026.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

