**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 26-943, 26-944

Caption [use short title]

United States v. Cherwitz and Daedone

**Motion for:** MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF OUT OF TIME AND TO EXTEND THE GOVERNMENT'S DEADLINE

Set forth below precise, complete statement of relief sought:

Grant leave for Professor Eugene Volokh to file an amicus brief by September 25, and extend the deadline for the Government's response brief to December 18

**MOVING PARTY:** Proposed Amicus Eugene Volokh

☐ Plaintiff ☐ Defendant

☐ Appellant/Petitioner ☐ Appellee/Respondent

**OPPOSING PARTY:** n/a (no party is opposed)

**MOVING ATTORNEY:** Matt Kezhaya

**OPPOSING ATTORNEY:** Kayla C. Bensing

[name of attorney, with firm, address, phone number and e-mail]

Kezhaya Law PLC
150 S. Fifth St., Suite 1850, Minneapolis, MN 55402
612-276-2216; matt@kezhaya.law

U.S. Department of Justice
271 Cadman Plaza East, Brooklyn, NY 11201
718-254-6279; Kayla.Bensing@usdoj.gov

Court- Judge/ Agency appealed from:

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**
4c5d4946-1f8d-45a1-a29c-44c0f08e90c3
Digitally signed by 4c5d4946-1f8d-45a1-a29c-44c0f08e90c3
Date: 2026.09.08 13:03:47 -05'00'

**Date:** September 8, 2026

Service : ☒ Electronic ☐ Other [Attach proof of service]

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| United States of America,<br>*Appellee,*<br><br>*vs.*<br><br>Rachel Cherwitz and Nicole Daedone,<br>*Appellants.* | CASE NOS.: 26-943, 26-944<br><br>**MEMORANDUM OF LAW ON MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF OUT OF TIME; AND TO EXTEND THE GOVERNMENT'S DEADLINE** |

*Amicus* briefs in support of Appellants were due on September 2, 2026. FRAP 29(a)(6). But the Court has discretion to grant leave for a later filing and may specify the time within which an opposing party may answer. *Id.* The Court should grant Proposed Amicus Eugene Volokh leave to file an *amicus curiae* brief supporting Appellants by September 25, 2026, and should extend the deadline for the Government's response to December 18, 2026. Undersigned counsel has conferred with counsel for both parties and is authorized to state that this motion is unopposed.

Good cause supports this request. This case raises a sensitive First Amendment question as to when religious proselytization or

the threat of excommunication may lawfully become the predicate for criminal penalties. Professor Volokh has considerable expertise in the study of the First Amendment and is one of the few academics who has long maintained that *Employment Div. v. Smith* was correctly decided.[1] *See* Eugene Volokh, *A Common-Law Model for Religious Exemptions*, 46 UCLA L. Rev. 1465 (1999).

Direct participation by Prof. Volokh would assist the Court in resolving the case. Prof. Volokh's works have been repeatedly cited by this Court and the United States Supreme Court. *E.g.*, *Christian v. James*, 176 F.4th 189, 216 (2d Cir. 2026) (Menashi, J., concurring in part); *Biden v. Knight First Amend. Inst. At Columbia Univ.*, 141 S. Ct. 1220, 1227 (2021) (Thomas, J., concurring); *La Liberte v. Reid*, 966 F.3d 79, 85 (2d Cir. 2020). But given Prof. Volokh's existing professional obligations, he was not in a position to prepare and file

[1] *Emp. Div., Dep't of Hum. Res. of Oregon v. Smith*, 494 U.S. 872 (1990) holds that there is no Free Exercise violation when a "neutral" and "generally applicable law," including a criminal law, incidentally infringes on protected Free Exercise activity unless the Free Exercise issue is paired with another constitutional right.

the brief personally by the September 2 deadline. Undersigned counsel was located only last week, and, upon investigation of the Appellants' brief and record, only agreed to assist last Friday because of the importance of the issues presented.

Preparing a useful *amicus* brief on this schedule requires more than a ministerial filing. In light of undersigned counsel's existing litigation obligations, that work cannot reasonably be completed within a few days. Between now and the requested deadline of September 25, undersigned counsel's existing caseload entails:

- a response to a motion to exclude an expert witness, due on September 14;
- a response to a motion for summary judgment, due on September 21;
- an appellees' / cross-appellants' brief due on September 23; and
- drafting a reply on motion for preliminary injunction. due on September 28.

The requested extension to September 25 is therefore necessary to permit the filing of a brief that will simultaneously be useful to the Court, while also providing the Government time to respond.

No party will be prejudiced by the proposed *amicus* brief. The proposed extension for the Government gives ample time to address the argument raised by the proposed brief, if the Government chooses to do so. And the short extension should not prejudice the Court's internal decision-making process.

**WHEREFORE** the Court should grant Prof. Volokh until September 25, 2026 to file an *amicus* brief in support of Appellants and should further grant the Government until December 18, 2026 to file an Appellee's response.

Respectfully submitted on September 8, 2026,

By: */s/ Matt Kezhaya*
Matt Kezhaya (MN # 0402193)
KEZHAYA LAW PLC
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
phone: (612) 276-2216
email: matt@kezhaya.law

**CERTIFICATE OF SERVICE**

I hereby certify that I efiled the foregoing document by uploading it to the Court's ACMS system on September 8, 2026, which sends service to registered users, including all other counsel of record in this cause. *s/ Matt Kezhaya*

## CERTIFICATE OF COMPLIANCE

This document complies with the 5,200-word limit of FRAP 32(a)(7)(B) because, excluding the parts of the document exempted by FRAP 32(f) and FRAP 27(a)(2)(B), this document contains **557** words.

This document complies with the typeface requirement of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6) because this document has been prepared using Microsoft Office 365 Word in 14pt "Calisto MT" font.
*s/Matt Kezhaya*