# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty-six.

Before: Alison J. Nathan,
*Circuit Judge.*

---

United States of America,

Appellee,

v.

Rachel Cherwitz, Nicole Daedone,

Defendants - Appellants.

---

**ORDER**

Docket Nos. 26-943(L), 26-944(Con)

Movant Eugene Volokh moves for an extension of time to September 25, 2026 to file an amicus brief and for an extension of time to December 18, 2026 for the Government to file its brief.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court